

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00365-CV

TRISUN HEALTHCARE, LLC D/B/A
THE PLAZA AT MANSFIELD
                                                    APPELLANT

V.

GINA KAY, INDIVIDUALLY AND AS
REPRESENTATIVE OF THE
ESTATE OF TAMSEY LYNORA
MOORE, DECEASED
                                                    APPELLEES

------------

## FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Unopposed Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and GARDNER, J.

DELIVERED: February 16, 2012

---

[1]*See* Tex. R. App. P. 47.4.